UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GREGORY DON SEARLS**                                            **CIVIL ACTION**

**VERSUS**                                                         **NO. 08-928**

**WARDEN BURL CAIN**                                               **SECTION "M" (3)**

## REPORT AND RECOMMENDATION

In November of 2007, petitioner filed this application pursuant to 28 U.S.C. § 2254 in the United States District Court for the Western District of Louisiana. On December 6, 2007, the matter was transferred to the Eastern District of Louisiana.

When the case was received by this Court, the Clerk twice attempted to notify petitioner that the filing was deficient because he had neither paid the required filing fee nor submitted an application to proceed *in forma pauperis*. Those notices were returned to the Court as undeliverable because petitioner was no longer incarcerated at the Louisiana State Penitentiary, his address of record.

On February 15, 2008, the undersigned issued an order directing that, on or before March 17, 2008, petitioner either pay the required filing fee or submit a proper and complete application to proceed *in forma pauperis*. Petitioner was warned that if he failed to comply with that order, the undersigned would recommend that this matter be dismissed. Rec. Doc. 2. The copy of that order

sent to petitioner at his address of record was also returned as undeliverable. Petitioner has failed to failed to meet his obligation to keep the Court apprised of his current address.

Because petitioner neither paid the filing fee nor submitted an application to proceed *in forma pauperis*, his petition was not properly filed. See Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Accordingly, it should be dismissed on that basis.

## RECOMMENDATION

It is therefore **RECOMMENDED** that petitioner's federal application for *habeas corpus* relief be **DISMISSED WITHOUT PREJUDICE** because he has neither paid the required filing fee nor requested and been granted permission to proceed *in forma pauperis*.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this eighteenth day of March, 2008.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**