UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GREGORY DON SEARLS**                                              **CIVIL ACTION**

**versus**                                                                       **NO. 08-928**

**WARDEN BURL CAIN**                                              **SECTION: "M" (3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that respondent's motion for summary judgment is **GRANTED** and that the federal petition of **Gregory Don Searls** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this  10th  day of        April         , 2008.

**UNITED STATES DISTRICT JUDGE**